IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VFS US LLC<br>d/b/a VOLVO FINANCIAL SERVICES<br><br>Plaintiff,<br><br>v.<br><br>J&F EXCAVATING, INC. &<br>MICHAEL JOHNSON<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 3:10-00810<br>) JUDGE HAYNES<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion for summary judgment (Docket Entry No. 12) is **GRANTED**. Plaintiff is **AWARDED** $91,061, with accruing interest at the agreed rate of eighteen percent (18%) per annum as well as Plaintiff's reasonable attorney's fees, in the amount of 15% of the outstanding balance. Plaintiff is also **AWARDED** its costs in this action. Defendants J&F Excavating, Inc., and Michael Johnson are jointly liable for these amounts.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 17th day of February, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge